### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) **CASE NO. 5:23-CR-64 (MTT)** |
| | ) |
| **MARKITA WHITEHEAD,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

The defendant, by and through her counsel, has moved to continue this case until the next trial term.  Doc. 51.  The defendant, along with one co-defendant, was indicted on December 12, 2023.  Doc. 1.  This defendant had her initial appearance and arraignment in this Court on December 27, 2023.  Doc. 10.  Two prior continuances have been granted.  Docs. 33; 41.  The defendant, by and through her counsel, now moves the Court to continue this case to the next trial term to allow additional time to review discovery, conduct further investigation, prepare an effective defense, and decide whether to pursue plea negotiations.  Doc. 51 ¶ 3.  The government does not oppose the motion.  *Id.* ¶ 5

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 51) is **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for **September 16, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
