IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-64 (MTT) |
| | ) |
| MARKITA WHITEHEAD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The government has moved to continue this case until the next trial term. Doc. 67. The defendant, along with one co-defendant, was indicted on December 12, 2023. Doc. 1. This defendant had her initial appearance and arraignment in this Court on December 27, 2023. Doc. 10. Three prior continuances have been granted. Docs. 33; 41; 53. The government now moves the Court to continue this case to the next trial term to allow additional time for defendant and defense counsel to review the government's revised plea agreement. Doc. 67 ¶ 3. The defendant does not oppose the motion. *Id*. at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 67) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 27th day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT